**Order entered December 19, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00116-CR

### JEREMIAH ROBINSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F17-33830-L

## ORDER

Appellant's brief is overdue. The brief was due September 3, 2022. We notified appellant's counsel on September 9, 2022, by postcard that the brief was overdue and directed counsel to file within ten days both appellant's brief and an extension motion. We cautioned counsel that if the brief and an extension motion were not filed, we would order the trial court to conduct a hearing. On September 12, 2022, appellant filed a motion for extension of time to file the brief, and on September 15, 2022, we ordered appellant to file the brief by October 18, 2022.

On October 31, 2022, appellant filed a second motion for extension of time to file the brief. On November 2, 2022, we ordered appellant to file the brief by November 30, 2022. We cautioned appellant that if he failed to file the brief by November 30, 2022, this Court might abate the appeal for a hearing in the trial court to determine why the brief has not been filed. As of the date of this order, neither the brief nor a further motion for extension has been filed.

The Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeals, whether appellant has abandoned the appeals, or whether appointed counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5, and to counsel for all parties.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    LANA MYERS
       JUSTICE